# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **EDCV 09-1088 RNB**                                       Date: **May 21, 2010**

Title: **Brian Keith Strobel v. Michael J. Astrue**
==============================================================
**DOCKET ENTRY**
==============================================================
PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Glover | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
    None Present                                                               None Present

**PROCEEDINGS:  (IN CHAMBERS)**

**Stipulation for Award and Payment of EAJA Fees**

    In view of the Government's express waiver of the limitations defense in this particular case, the Court has decided to approve the parties' Stipulation for an award of EAJA fees, costs, and expenses in the amount of $2,700.00 (subject to the terms and conditions of the Stipulation).

    IT IS SO ORDERED.

MINUTES FORM 11                                                                           Initials of Deputy Clerk     klg
CIVIL-GEN